# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 09, 2014

#24325-034
Mr. Len Davis
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0033

     No. 14-30552    In re: Len Davis
                    USDC No. 2:12-CV-752
                    USDC No. 2:94-CR-381-1

Dear Mr. Davis,

We have docketed the petition for writ of mandamus, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure.  We cannot accept motions submitted under the Federal Rules of **Civil** Procedure.  We can address only those documents the court directs you to file, or proper motions filed in support of the appeal.  See FED R. APP. P. and 5TH CIR. R. 27 for guidance.  Documents not authorized by these rules will not be acknowledged or acted upon.

     You have not paid the $500.00 docketing fee, or filed a motion and affidavit for leave to proceed in forma pauperis under 28 U.S.C. § 1915(a). A form is enclosed.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705