# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

**No.**

**CAPITAL CASE**



---

## IN RE: LEN DAVIS

---

## PETITION FOR WRIT OF MANDAMUS
## TO THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA,
## JUDGE HELEN G. BERRIGAN, PRESIDING
## CASE NO. 94-381

---

## MOTION TO APPOINT COUNSEL

Comes now Len Davis, *pro se*, and respectfully moves this Court to appoint counsel to represent him in pursuit of a Writ of Mandamus and states the following:

In the district court's 'Order and Reasons' dated April 19, 2013 the court granted petitioner's co-counsel's motion to dissolve petitioner of his Sixth Amendment right to self representation. Petitioner asserts that this is in violation

of the United States Constitution; the United States Supreme Court precedent; the United States Fifth Circuit Court of Appeal's mandates and Congress's statutory laws.

This of course would be a huge 'conflict of interest' for co-counsel to handle any appeals on this claim due to fact it was co-counsel's motion the court granted to dissolve petitioner of his constitutionally protected right.

It is for these reasons that petitioner requests that the Court appoint appellate counsel to handle the appeal on this significant issue.

Therefore, petitioner requests that the Court appoint appellate counsel to this case for the sole purpose of pursuing an 'emergency writ' to this Court.

Respectfully submitted,

Len Davis
No. 24325-034
USP Terre Haute
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Appoint Counsel has been served on the following parties by placing the same in the United States mail, postage prepaid, on this the 3rd day of June, 2014:

Michael E. McMahon
Assistant Untied States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130

Judge Helen G. Berrigan
District Court Judge for the Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

_____
Len Davis