Form 4

## Financial Affidavit

### United States Court of Appeals



In re: Len Davis

v.

U.S. COURT OF APPEALS
RECEIVED
JUN 2 0 2014
FIFTH CIRCUIT

e No. 14-30552

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1(21)) Signed: | Complete all questions in this application and then sign it. Do not leave any blanks; if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. Date: JUNE 13, 2014 |

My issues on appeal are: DISTRICT COURT ERRED IN DENYING ME MY SIXTH AMENDMENT RIGHT TO SELF REPRESENTATION ON POST CONVICTION APPEAL.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months You | Amount expected next month You |
|---|---|---|
| Employment | $ NONE | $ NONE |
| Self-employment | $ NONE | $ NONE |
| Income from real property (such as rental income) | $ NONE | $ NONE |
| Interest and dividends | $ NONE | $ NONE |
| Gifts | $ NONE | $ NONE |
| Alimony | $ NONE | $ NONE |
| Child support | $ NONE | $ NONE |
| Retirement (such as social security, pensions, annuities, insurance) | $ NONE | $ NONE |
| Disability (such as social security, insurance payments) | $ NONE | $ NONE |
| Unemployment payments | $ NONE | $ NONE |
| Public-assistance (such as welfare) | $ NONE | $ NONE |
| Other (specify): | $ NONE | $ NONE |
| Total monthly income: | $ NONE | $ NONE |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| New Orleans Police | 727 Broad St. | 1987-1994 | $1600 |
| Schwegmann | St. Claude St. | 1986 | $600 |
| Holiday Inn | Chef Hwy | 1980 | $600 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Not Applicable | Not Applicable | Not Applicable | Not Applicable |
| Not Applicable | Not Applicable | Not Applicable | Not Applicable |
| Not Applicable | Not Applicable | Not Applicable | Not Applicable |

4. How much cash do you and your spouse have? $ 0-ZERO
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ NONE | $ Not Applicable |
| NONE | NONE | $ NONE | $ Not Applicable |
| NONE | NONE | $ NONE | $ Not Applicable |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account. ATTACHED

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make & year: Not Applicable |
| NONE | NONE | Model: Not Applicable |
| NONE | NONE | Registration #: Not Applicable |

| Motor vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: Not Applicable | Not Applicable | Not Applicable |
| Model: Not Applicable | Not Applicable | Not Applicable |
| Registration #: Not Applicable | Not Applicable | Not Applicable |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | NONE | NONE |
| NONE | NONE | NONE |
| NONE | NONE | NONE |

MISC-14

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | None | None |
| None | None | None |
| None | None | None |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real-estate taxes included? ☐ Yes ☐ No _Not Applicable_<br>Is property insurance included? ☐ Yes ☐ No _Not Applicable_ | $ None | $ Not Applicable |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ None | $ Not Applicable |
| Home maintenance (repairs and upkeep) | $ None | $ Not Applicable |
| Food | $ None | $ Not Applicable |
| Clothing | $ None | $ Not Applicable |
| Laundry and dry-cleaning | $ None | $ Not Applicable |
| Medical and dental expenses | $ None | $ Not Applicable |
| Transportation (not including motor vehicle payments) | $ None | $ Not Applicable |
| Recreation, entertainment, newspapers, magazines, etc. | $ None | $ Not Applicable |
| Insurance (not deducted from wages or included in Mortgage payments) | | |
| Homeowner's or renter's | $ None | $ Not Applicable |
| Life | $ None | $ Not Applicable |
| Health | $ None | $ Not Applicable |
| Motor Vehicle _None_ | $ None | $ Not Applicable |
| Other: _____ | $ None | $ Not Applicable |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): ___ None | $ None | $ Not Applicable |
| Installment payments | | |
| Motor Vehicle | $ None | $ Not Applicable |
| Credit card (name): __ None | $ None | $ Not Applicable |
| Department store (name): __ None | $ None | $ Not Applicable |
| Other: ___ None | $ None | $ Not Applicable |
| Alimony, maintenance, and support paid to others | $ None | $ Not Applicable |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ None | $ Not Applicable |
| Other (specify): __ None | $ None | $ Not Applicable |
| Total monthly expenses: | $ None | $ Not Applicable |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☒ No    If yes, describe on an attached sheet. _Not Applicable_

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $ _Not Applicable_

MISC-14

If yes, state the attorney's name, address, and telephone number:

_Not Applicable_
_Not Applicable_
_Not Applicable_

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes  ☑ No

If yes, how much? $ _Not Applicable_

If yes, state the person's name, address, and telephone number:

_Not Applicable_
_Not Applicable_
_Not Applicable_

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. _MOTHER AND STEP FATHER HAVE DIED, THEY WERE MY SOURCE OF MONEY. I'M INCARCERATED._

13. State the address of your legal residence.
_F.C.1. - P.O. BOX 33 TERRE HAUTE, INDIANA 47808_

Your daytime phone number: ( _NOT APPLICABLE_

Your age: _49_    Your years of schooling: _ONE YEAR AND A HALF OF COLLEGE._

Your social-security number: _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_

MISC-14

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 24325034 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | DAVIS, LEN | Housing Unit: | THP-X-A |
| Report Date: | 06/16/2014 | Living Quarters: | X02-318L |
| Report Time: | 2:52:52 PM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0178 |
| PAC #: | 609937973 |
| Revalidation Date: | 16th |
| FRP Participation Status: | No Obligation |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 9/20/2005 |
| Local Account Activation Date: | 5/24/2011 4:37:02 AM |
| Sort Codes: | |
| Last Account Update: | 6/16/2014 10:07:42 AM |
| Account Status: | Active |
| Phone Balance: | $0.15 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll      ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.48 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

https://10.33.25.106/truweb/InmateInquiryCombined.aspx                                6/16/2014

https://10.33.25.106/truweb/ViewDepositsCombined.aspx                                6/16/2014

|  |  |
|---|---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.48 |
| National 6 Months Deposits: | $130.00 |
| National 6 Months Withdrawals: | $129.80 |
| Available Funds to be considered for IFRP Payments: | ($320.00) |
| National 6 Months Avg Daily Balance: | $9.19 |
| Local Max. Balance - Prev. 30 Days: | $62.43 |
| Average Balance - Prev. 30 Days: | $13.56 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $6.60 |
| YTD Purchases: | $169.05 |
| Last Sales Date: | 6/16/2014 10:07:42 AM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $320.00 |
| Expended Spending Limit: | $6.60 |
| Remaining Spending Limit: | $313.40 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

## Comments

**Comments:**

# Controlled Items



| Inmate Reg #: | 24325034 | Current Institution: | Terre Haute - FCC |
|---|---|---|---|
| Inmate Name: | DAVIS, LEN | Housing Unit: | THP-X-A |
| Report Date: | 06/16/2014 | Living Quarters: | X02-318L |
| Report Time: | 2:52:39 PM | | |

| Date | Purchased Location | Description | | Quantity |
|---|---|---|---|---|
| 6/2/2014 | THA | ADIDAS COMMANDER 4 | | 1 |
| | | | Subtotal: | 1 |
| 4/30/2012 | THA | KOSS CL3N/4020092 | | 1 |
| | | | Subtotal: | 1 |
| 8/24/2009 | THA | CT-80 DIGITAL RADIO | | 1 |
| | | | Subtotal: | 1 |
| 4/20/2009 | THA | REEBOK CLASSIC NYLON | | 1 |
| | | | Subtotal: | 1 |
| 10/5/2006 | THA | REEBOK CLASSIC NYLON NEW | | 1 |
| | | | Subtotal: | 1 |
| | | | Grand Total: | 5 |

# All Transactions



| Inmate Reg #: | 24325034 | Current Institution: | Terre Haute - FCC |
|---|---|---|---|
| Inmate Name: | DAVIS, LEN | Housing Unit: | THP-X-A |
| Report Date: | 06/16/2014 | Living Quarters: | X02-318L |
| Report Time: | 2:51:36 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/16/2014 10:07:42 AM | Sales - No FP (Non-FP Session) | ($6.60) | 66 | | $0.48 |
| 6/2/2014 11:14:24 AM | Sales - No FP (Non-FP Session) | ($55.35) | 51 | | $7.08 |
| 5/29/2014 3:07:42 PM | Western Union | $60.00 | 33314149 | | $62.43 |
| 5/27/2014 8:40:17 AM | Sales - No FP (Non-FP Session) | ($1.95) | 72 | | $2.43 |
| 5/5/2014 11:43:37 AM | Sales - No FP (Non-FP Session) | ($23.75) | 3 | | $4.38 |
| 4/29/2014 7:19:05 AM | Sales - No FP (Non-FP Session) | ($1.20) | 2 | | $28.13 |
| 4/28/2014 1:23:29 PM | Sales - No FP (Non-FP Session) | ($5.10) | 90 | | $29.33 |
| 4/24/2014 6:08:11 PM | Western Union | $30.00 | 33314114 | | $34.43 |
| 3/11/2014 11:46:27 AM | Sales - No FP (Non-FP Session) | ($2.40) | 33 | | $4.43 |
| 3/10/2014 10:18:27 AM | Sales - No FP (Non-FP Session) | ($6.05) | 82 | | $6.83 |
| 3/3/2014 1:11:42 PM | Sales - No FP (Non-FP Session) | ($6.15) | 125 | | $12.88 |
| 2/25/2014 8:54:20 AM | Sales - No FP (Non-FP Session) | ($12.70) | 52 | | $19.03 |
| 2/18/2014 9:33:51 AM | Sales - No FP (Non-FP Session) | ($8.55) | 87 | | $31.73 |
| 2/12/2014 7:09:28 PM | Western Union | $40.00 | 33314043 | | $40.28 |
| 10/21/2013 6:36:22 AM | Sales - No FP (Non-FP Session) | ($0.60) | 3 | | $0.28 |
| 10/15/2013 9:20:25 AM | Sales - No FP (Non-FP Session) | ($5.25) | 93 | | $0.88 |
| 10/8/2013 6:58:01 AM | Sales - No FP (Non-FP Session) | ($13.75) | 9 | | $6.13 |
| 10/1/2013 8:54:30 AM | Sales - No FP (Non-FP Session) | ($19.65) | 68 | | $19.88 |

# Deposits

 PRINT

| Inmate Reg #: | 24325034 | Current Institution: | Terre Haute - FCC |
|---|---|---|---|
| Inmate Name: | DAVIS, LEN | Housing Unit: | THP-X-A |
| Report Date: | 06/16/2014 | Living Quarters: | X02-318L |
| Report Time: | 2:52:32 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Sender Last Name | Sender Zip |
|---|---|---|---|---|---|
| 5/29/2014 3:07:42 PM | Western Union | $60.00 | 33314149 | OTTINGER | 70113 |
| 4/24/2014 6:08:11 PM | Western Union | $30.00 | 33314114 | GABRIEL | 70113 |
| 2/12/2014 7:09:28 PM | Western Union | $40.00 | 33314043 | OTTINGER | 70113 |