# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 17, 2014

Mr. Michael Edward McMahon
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, LA 70130

        No. 14-30516,   Consolidated with 14-30552
                        USA v. Len Davis
                        USDC No. 2:12-CV-752
                        USDC No. 2:94-CR-381-1

Dear Mr. McMahon,

The following pertains to appellee's memorandum brief electronically filed on November 13, 2014.

You must submit the **seven (7) paper copies** of appellee's memorandum brief required by 5ᵀᴴ Cɪʀ. R. 31.1 within **five (5) days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. (Red front covers are required).

Failure to timely provide the appropriate number of copies may result in the appellee's brief being stricken.

Appellant's reply brief time continues to run. Reply brief is due to be filed by December 1, 2014.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Dantrell Johnson*

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc:
    Mr. Kevin G. Boitmann
    Ms. Diane Hollenshead Copes
    Mr. Len Davis